THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUMBERTO VILLAVICENCIO, Also Known as CARLOS GONZALEZ, Also Known as JUAN CAMPO, Appellant, v NEW YORK CITY CORRECTION INSTITUTION, Respondent. HUMBERTO VILLAVICENCIO, Also Known as CARLOS GONZALEZ, Also Known as JUAN CAMPO, Appellant, v WARDEN, BRONX HOUSE OF DETENTION, et al., Respondents.

No opinion. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.

MICHAEL H. ROTH, Respondent, v JAY TUROFF, Appellant.

Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ. [See, 127 Misc 2d 998.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL LORA, Appellant

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.

COSTANTINO CIRILLO, Respondent, v CIBRO PETROLEUM CORP. et al., Appellants.

No opinion. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.